# EXHIBIT 6

**Lackey**

> In case I get killed on this domestic I'm responding to for the second time by myself. At least you know where everybody's at 😂 👍. And sheets is in a "dumper" after the 911 run dispatched

> you know it's bad when the 911 operator asks if "you're by yourself" and you have to say yes w 4 other cars on the road

Read 11:41 AM

